UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

EDWARD CRESPIN and
JANIS CRESPIN,                                    Case No. 17-11234-ta13

     Debtors.

### ORDER DENYING MOTION TO APPROVE RETENTION OF TRUSTEE'S FEES

Before the Court is the chapter 13 trustee's Motion to Approve Retention of Trustee's Fees

on Pre-Confirmation Disbursements Under the Plan, filed August 2, 2018, doc. 119 (the

"Motion"). For the reasons stated in the Opinion entered herewith, the Court finds that the Motion

is not well taken and should be denied.

IT IS THEREFORE ORDERED that the Motion is DENIED.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: May 23, 2019

Copies to: counsel of record